```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NINA L. WATERS,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-01092 SBA<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on September 19, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on October 19, 2005.

///
///
///
///
///
///

---

[1] See attached Declaration of Leo Montenegro.

1   This is defendant's first request.

5   Dated: September 2, 2005

/s/
MATTHEW L. HOWARD
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

12   Dated: September 2, 2005      By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

IT IS SO ORDERED
Judge Saundra B. Armstrong

19   Dated: 9-13-05
_____
SAUNDRA B. ARMSTRONG
United States District Judge